**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DUSTIN LEE LOVE**     **PLAINTIFF**

**v.**     **No. 4:06CV198-P-A**

**M.D.O.C.**     **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 1st day of February, 2007.

           /s/ W. Allen Pepper, Jr.
           W. ALLEN PEPPER, JR.
           UNITED STATES DISTRICT JUDGE